# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BILL IRWIN and CLEVEL IRWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-14-17-JHP |
| | ) | |
| HODGE INC., dba TOYOTA OF ARDMORE, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On April 7, 2014, the United States Magistrate Judge entered a Report and Recommendation finding that "Plaintiffs appear to lack necessary standing to recover fees they seek and the allegedly offending party is not a party to this action." (Dkt.# 26). Plaintiff filed an Objection to the Magistrate Judge's Order within the time prescribed by law. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a) on April 21, 2014 (Dkt.# 28). Defendants filed Replies on April 28, 2014 (Dkt.#s 31 & 32).

This Court finds that the Report and Recommendation of the United States Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on April 7, 2014, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

IT IS SO ORDERED this 29th day of April, 2014.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma